UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case. No. 2:10-cr-00054 EJG |
| v. ) | |
| ) | |
| WILLIAM MURRAY ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
      () Ad Prosequendum        (X) Ad Testificandum

Name of Detainee:    WILLIAM MURRAY
Detained at (custodian):
Detainee is:     a.)    () charged in this district by:    () Indictment    () Information    (X) Complaint
                                charging detainee with:
    or    b.)    (X) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    () return to the custody of detaining facility upon termination of proceedings
    or    b.)    (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /S/MATTHEW D. SEGAL |
| Printed Name & Phone No: | MATTHEW D. SEGAL (916)554-2708 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
      () Ad Prosequendum        (X) Ad Testificandum

     The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: October 7, 2011

                                           /s/ Edward J. Garcia
                                           Hon. EDWARD J. GARCIA
                                           United States District/Magistrate Judge

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | WILLIAM MURRAY | | Male |
| Booking or CDC #: | 18958-097    DOB: 03/24/1954 | | |
| Facility Address: | Fort Dix Federal Correctional Institution | Race: | White |
| | P.O. 2000 | FBI #: | |
| | Fort Dix, NJ 08640 | | |
| Facility Phone: | | | |
| Currently Incarcerated For: | 18 U.S.C. § 1341, 26 U.S.C. § 7212(a) | | |

---

### RETURN OF SERVICE

Executed on     _____     By: _____
                                                                                               (Signature)